**Petition for Writ of Mandamus is DENIED; Opinion Filed March 14, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00319-CV**

**IN RE: W.W.H., Relator**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-15156**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Evans

Relator contends the trial judge erred in denying her plea to the jurisdiction. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown she is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/David W. Evans/

DAVID W. EVANS
JUSTICE

130319F.P05